UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANICE L. ANDUJAR,**

      **Plaintiff,**

v.                                                  Case No: 6:21-cv-2165-CEM-EJK

**ALLY FINANCIAL, INC.,**

      **Defendant.**

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 13). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before April 28, 2022.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Page 1 of 1